**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 02-7870**

———————————

BARRY HALL,

                                    Plaintiff - Appellant,

        versus

C. MOORE; G. MEADE; COMMONWEALTH OF VIRGINIA,

                                    Defendants - Appellees.

———————————

Appeal from the United States District Court for the Western District of Virginia, at Roanoke.  Samuel G. Wilson, Chief District Judge.  (CA-02-1105-7)

———————————

Submitted:  February 6, 2003        Decided:  February 13, 2003

———————————

Before WILKINS, MICHAEL, and SHEDD, Circuit Judges.

———————————

Affirmed by unpublished per curiam opinion.

———————————

Barry Hall, Appellant Pro Se.  Jim Harold Guynn, Jr., GUYNN & MEMMER, P.C., Roanoke, Virginia; Pamela Anne Sargent, Assistant Attorney General, Richmond, Virginia, for Appellees.

———————————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Barry Hall appeals the district court's orders denying relief on his 42 U.S.C. § 1983 (2000) complaint, the reconsideration of that order, and his motion to amend his complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Hall v. Moore, No. CA-02-1105-7 (W.D. Va. Nov. 22, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED